IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00094-TPO

ABDERRAHMANE MAMADOU GUEYE,

      Petitioner,

v.

KRISTI NOEM,
Secretary of the Department of Homeland Security,

ROBERT HAGAN,
Field Officer Director, Denver Field Office,
Immigration and Customs Enforcement,

JUAN BALTAZAR,
Warden of the Denver Contract Detention Facility, and

PAMELA BONDI,
U.S. Attorney General,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 3, 2026.**

Before this Court is Petitioner's Motion to Enforce. ECF 14.

Respondents have until **March 16, 2026** to respond to that Motion. Petitioner has until **March 23, 2026** to reply should he choose to do so.