IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00094-TPO

ABDERRAHMANE MAMADOU GUEYE,

      Petitioner,

v.

KRISTI NOEM,
Secretary of the Department of Homeland Security,

ROBERT HAGAN,
Field Officer Director, Denver Field Office,
Immigration and Customs Enforcement,

JUAN BALTAZAR,
Warden of the Denver Contract Detention Facility, and

PAMELA BONDI,
U.S. Attorney General,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 2, 2026.**

      This Court sets a Status Conference on **June 15, 2026 at 9:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294. It is an <u>in-person</u> proceeding.

      The purpose of the conference is to discuss Petitioner's Motion to Enforce [ECF 14] and the general status of the case.

      If the Parties believe that the Status Conference is not necessary and that the Motion to Enforce [ECF 14] may be denied as moot, then the Parties may jointly email Chambers at o'hara_chambers@cod.uscourts.gov to request that the Status Conference be vacated.