IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 26-cv-00094-TPO                          Date: June 22, 2026
Courtroom Deputy: Jesse Torres                       FTR: Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| ABDERRAHMANE MAMADOU GUEYE, | Jessica Dawgert |
| Petitioner, | |
| v. | |
| KRISTI NOEM, ROBERT HAGAN, JUAN BALTAZAR, and PAMELA BONDI, | Winnie Wu |
| Respondents. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**Court in session: 9:13 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Petitioner's Motion to Enforce [ECF 14] and the status of the case.

Preliminary remarks by the Court.

The Court addresses Petitioner's Motion to Enforce [ECF 14]. Arguments by counsel. The Court reviews its legal findings and conclusions.

For the reasons stated on the record, it is:

**ORDERED:**          Petitioner's Motion to Enforce [ECF 14] is **DENIED.**

HEARING CONCLUDED.

**Court in recess: 10:00 a.m.**
Total time in court: 00:47

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*