IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00094-TPO

ABDERRAHMANE MAMADOU GUEYE,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security,

GEORGE VALDEZ, Acting Denver Field Officer Director,
Immigration and Customs Enforcement,

JUAN BALTAZAR, Warden,
Denver Contract Detention Facility, and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,[1]

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 22, 2026.**

This Court granted Petitioner's habeas corpus petition. ECF 11. The Parties filed a Joint Status Report to report that an immigration judge held the bond hearing but did not release Petitioner. ECF 13. Petitioner filed a Motion to Enforce. ECF 14. This Court held a Status Conference and denied the Motion. ECF 24. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.

---

[1]    Pursuant to Fed. R. Civ. P. 25(d), this Court updates the case caption with the names of those Respondents who are the current office holders.