IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00094-TPO

ABDERRAHMANE MAMADOU GUEYE,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security,
GEORGE VALDEZ, Acting Denver Field Officer Director, Immigration and Customs Enforcement,
JUAN BALTAZAR, Warden, Denver Contract Detention Facility, and
TODD BLANCHE, Acting U.S. Attorney General, in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 11] by Magistrate Judge Timothy P. O'Hara entered on February 16, 2026, and the Minute Order [ECF 25] by Magistrate Judge Timothy P. O'Hara entered on June 22, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 23rd day of June, 2026.

1

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ M. Smotts
M. Smotts
Deputy Clerk